IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLON BOLTON, JENNY PTASZEK, GINA BILOTTA, VERONICA MALDONADO, JOHN WRIGHT, MARGARET VASQUEZ, TRACEY DROTOS, SCOTT MARTIN, MELISSA ALLARD, LISA RUTHERFORD, MAKAYLA BONVILLAIN, GINA CARRELL, and MICHAEL CARRELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No. 23-00632-GBW |

## ORDER

At Wilmington this 8th day of July 2024:

For the reasons set forth in the Memorandum Opinion issued this day, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

1. Defendant's Motion to Dismiss is GRANTED WITHOUT PREJUDICE as to (1) Plaintiffs' Express Warranty claims; (2) Plaintiffs Ptaszek, Drotos, and the Michigan subclass's claims under the Magnuson-Moss Warranty Act ("MMWA"); and (3) Plaintiffs' claims seeking equitable relief. Plaintiffs are granted leave to amend each claim by August 23, 2024;

1

2. Defendant's Motion to Dismiss Plaintiffs' Michigan Consumer Protection Act claims is GRANTED;

3. Defendant's Motion to Dismiss Plaintiffs' California common law omission claims is DENIED WITHOUT PREJUDICE and may be renewed pending a decision from the California Supreme Court on the scope of the economic loss rule under California law; and

4. Defendant's Motion to Dismiss is otherwise DENIED.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE