**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MARLON BOLTON, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

No. 1:23-cv-00632-GBW

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Marlon Bolton, Jenny Ptaszek, Gina Bilotta, Veronica Maldonado, John Wright, Margaret Vasquez, Tracey Drotos, Scott Martin, Melissa Allard, Lisa Rutherford, Makayla Bonvillain, Gina Carrell, Michael Carell, Bea Tyree, and Lane Tyree, by and through their attorneys, state that all claims brought against Defendant Ford Motor Company are hereby voluntarily dismissed, with prejudice as to their individual claims and without prejudice as to claims on behalf of the proposed class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Upon dismissal of these claims, there are no more remaining claims left for the Court to adjudicate. Each side shall bear their own costs.

Dated: November 18, 2024

Respectfully submitted,

*/s/ Scott M. Tucker*

Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
2711 Centerville Rd., Suite 201
Wilmington, DE 19808
Tel.: 302-656-2500
rjk@chimicles.com

smt@chimicles.com

Timothy N. Mathews (*pro hac vice)*
Alex M. Kashurba (*pro hac vice*)
CHIMICLES SCHWARTZ KRINER
& DONALDSON SMITH LLP
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel.: (610) 642-8500
tnm@chimicles.com
amk@chimicles.com

Tarek H. Zohdy (*pro hac vice*)
Cody R. Padgett (*pro hac vice*)
Laura E. Goolsby (*pro hac vice*)
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Tel.: (310) 556-4811
Fax: (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com
Laura.Goolsby@capstonelawyers.com

Russell D. Paul (Bar No. 4647)
Abigail J. Gertner (pro hac vice)
Natalie Lesser (pro hac vice)
Amey J. Park (pro hac vice)
BERGER MONTAGUE PC
800 N. West Street, Suite 200
Wilmington, DE 19801
Tel.: (302) 691-9545
Fax: (215) 875-4604
rpaul@bm.net
agertner@bm.net
nlesser@bm.net
apark@bm.net

*Attorneys for Plaintiffs and Interim Co-Lead Counsel for the Class*